No. 00–1648. TURNER ET UX. *v.* CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 00–1655. PARRY *v.* MOHAWK MOTORS OF MICHIGAN, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1660. SEYMOUR ET AL. *v.* CONNECTICUT ELECTIONS ENFORCEMENT COMMISSION. Sup. Ct. Conn. Certiorari denied.

No. 00–1667. GREEN, ADMINISTRATRIX OF THE ESTATE OF GREEN *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–1670. CAMOSCIO *v.* DEMINICO. C. A. 1st Cir. Certiorari denied.

No. 00–1673. WANG *v.* NEW YORK CITY DEPARTMENT OF FINANCE. C. A. 2d Cir. Certiorari denied.

No. 00–1686. ROST *v.* CITY OF HENDERSON. Sup. Ct. Nev. Certiorari denied.

No. 00–1690. STURGEON *v.* BENTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1694. CAMOSCIO *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 00–1701. BODELL, INDIVIDUALLY AND ON BEHALF OF BODELL, AN INFANT *v.* CUNNINGHAM ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1713. TORRES GONZALEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–1730. FRASER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 00–1731. DIERKING *v.* INDUSTRIAL COMMISSION OF ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.